IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GARRETT YOUNG,**

    **Petitioner,**

**v.**                                                                                      Case No. 4:25-cv-89-AW-HTC

**STATE OF FLORIDA, LEON COUNTY
JAIL, LEON COUNTY COURTHOUSE,**

    **Respondents.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Garrett Young petitioned for § 2241 relief. The magistrate judge recommends dismissal. ECF No. 10. Young has filed a "rebuttal to dismissal," ECF No. 11, which I construe as objections to the report and recommendation. I have considered the entire matter de novo, and I agree with the magistrate judge. (I have also considered Young's several recent filings (ECF Nos. 12-15).)

I have determined the report and recommendation should be adopted, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on May 1, 2025.

                                                  s/ *Allen Winsor*
                                                  United States District Judge